

North Carolina Western
MEMORANDUM

**Date:** February 3, 2010

**To:** The Honorable Frank D. Whitney
U.S. District Judge

**From:** Jenniffe S. Inman
U.S. Probation Officer Assistant

**Subject:** Letita Lowe Picklesimer
Docket No.: 3:00CR000008-05
**Out of Country Travel Request**

FILED
CHARLOTTE, NC

FEB 1 0 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

---

The above-named individual was sentenced by the Honorable Robert D. Potter on December 13, 2000, to serve a term of 78 months imprisonment and three (3) years supervised release for the offense of Conspiracy to Commit Mail and Wire Fraud, in violation of U.S. 18:371, 1341 & 2; Mail Fraud and Aiding & Abetting the Same, in violation of U.S. 18: 1341 & 2; Wire Fraud and Aiding & Abetting the Same, in violation of U.S. 18: 1343 & 2; Money Laundering and Aiding & Abetting the Same, in violation of U.S. 18:1956(a)(1) & 2; Engaging in Monetary Transactions in Property Derived from Unlawful Activity and Aiding & Abetting in Same, in violation of U.S. 18:1957(a) & 2; Conspiracy to Commit Money Laundering and Aiding and Abetting the Same, in violation of U.S. 18:1956(h), 1956(a)(1)(A)(i), 1957 & 2. The following special conditions were also ordered: 1) Restitution in the amount of $8,398,486.07 (balance of $7,122,526.28), to be paid jointly and severally and, 2) Pay $1,900 special assessment fee (paid).

Ms. Picklesimer is under our supervision since August 9, 2007. She has maintained full compliance of her conditions of supervised release and pays her criminal monetary penalties as scheduled. Ms. Picklesimer has made a request to travel to the Bahamas. Subject and her family will travel to celebrate her 25th wedding anniversary. If this travel is approved, Ms. Picklesimer would depart for Charleston, SC on 6/20/2010 to board the Carnival Cruise and sail to the Bahamas on 6/21/2010. Ms. Picklesimer would return to Charlotte, NC on 6/26/2010. Please indicate your response below.

Should Your Honor have any questions, please contact me at (704) 350-6604.

---

[✓] Court concurs with the U.S. Probation Officer's recommendation.

[ ] Denies defendant's request for travel out of country.

_____          2/8/10
Judicial Officer                                    Date

JSI
(See attachment)