IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>vs. )<br>)<br>LETITA LOWE PICKLESIMER, )<br>    Defendant. )<br>and )<br>)<br>SOUTHWOOD REALTY COMPANY, INC., )<br>    Garnishee. ) | CASE NO. DNCW3:00CR8-5<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed on May 5, 2010 (Docket No. 350) against the Defendant, Letita Lowe Picklesimer, and the Garnishee, Southwood Realty Company, Inc., is DISMISSED.

**SO ORDERED**.

Signed: November 30, 2011

_____
David S. Cayer
United States Magistrate Judge