# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:00CR8-5 |
| | ) | (Financial Litigation Unit) |
| LETITA LOWE PICKLESIMER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEMPER FI PROPERTY MANAGEMENT, LLC, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant, Letita Lowe Picklesimer, as to Garnishee, Semper Fi Property Management, LLC, is **DISMISSED**.

**SO ORDERED**.

Signed: May 9, 2013

_____
David S. Cayer
United States Magistrate Judge