IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:00CR8-5 |
| | ) | (Financial Litigation Unit) |
| LETITA LOWE PICKLESIMER | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HARBOUR VIEW, LLC, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case on June 14, 2013 (Docket No. 381) against Defendant Letita Lowe Picklesimer as to Garnishee Harbour View LLC is DISMISSED.

**SO ORDERED**.

Signed: November 5, 2013

David S. Cayer
United States Magistrate Judge