IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>LETITA LOWE PICKLESIMER<br>    Defendant,<br><br>and<br><br>VISTA CAPITAL MANAGEMENT<br>GROUP, INC.,<br>    Garnishee. | CASE NO. DNCW3:00CR8-5<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**UPON MOTION** of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Letita Lowe Picklesimer is **DISMISSED**.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge